**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency**  __FBI__

**City** __NATICK__                **Related Case Information:**

**County** __MIDDLESEX__        Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____           New Defendant __x__
                                Magistrate Judge Case Number    __19-MJ-2438 to 2441 (MBB)__
                                Search Warrant Case Number
                                R 20/R 40 from District of

**Defendant Information:**

Defendant Name __STEPHANIE STOCKWELL__       Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name

Address  (City & State)  __REDWOOD CITY, CA__

Birth date (Yr only): __1993__   SSN (last4#): __4067__   Sex __w__   Race: __W__   Nationality: __USA__

**Defense Counsel if known:**  __GAIL SHIFMAN, ESQ.__    Address  __2431 FILLMORE__

**Bar Number**                                          __SAN FRANCISCO, CA 94115__

**U.S. Attorney Information:**

**AUSA**  __SETH B. KOSTO/DAVID J. D'ADDIO__    Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect:

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 05/22/2020       Signature of AUSA: _(signed)_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   STEPHANIE STOCKWELL

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | CYBERSTALKING CONSPIRACY | 1 |
| Set 2 | 18 USC 371 | WITNESS TAMPERING CONSPIRACY | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____