**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** __II__    **Investigating Agency** __FBI__

**City** __NATICK__    **Related Case Information:**

**County** __MIDDLESEX__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number __19-MJ-2438 to 2441 (MBB)__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __VERONICA ZEA__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __SAN JOSE, CA__

Birth date (Yr only): __1994__ SSN (last4#): __5195__ Sex __W__ Race: __W__ Nationality: __USA__

**Defense Counsel if known:** __FRANK UBHAUS, ESQ__   Address __10 Almaden Boulevard, 11th Floor__

**Bar Number** _____          San Jose, CA 95113

**U.S. Attorney Information:**

**AUSA** __SETH B. KOSTO/DAVID J. D'ADDIO__    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ─── ☐ Misdemeanor ─── ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/22/2020    Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   VERONICA ZEA

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | CYBERSTALKING CONSPIRACY | 1 |
| Set 2 | 18 USC 371 | WITNESS TAMPERING CONSPIRACY | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____