UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| STEPHANIE POPP, | ) CRIMINAL NO. 20-10098-WGY-2 |
| Defendant. | ) |

## MOTION TO SUBSTITUTE COUNSEL

Defendant Stephanie Popp asks that the Court allow Holland & Knight to withdraw its representation and permit Choate, Hall & Stewart LLP to substitute as counsel of record. In support of this motion, Ms. Popp states the following:

1. Adam Bookbinder currently represents Ms. Popp as Attorney of Record.

2. Mr. Bookbinder has left Holland & Knight and is now at Choate, Hall & Stewart.

3. Mr. Bookbinder continues to represent Ms. Popp in this case.

Therefore, Ms. Popp requests that Holland & Knight's appearance be withdrawn and that Choate, Hall & Stewart be entered as counsel of record in this matter.

Respectfully submitted,

STEPHANIE POPP

By:  */s/ Adam J. Bookbinder*
Adam J. Bookbinder (BBO# 566590)
Choate Hall & Stewart
2 International Place
Boston, Massachusetts 02110

Date: October 5, 2020

9928507v1

CERTIFICATE OF SERVICE

    I, Adam J. Bookbinder, hereby certify that this document, filed through the electronic case filing (ECF) system, will be sent electronically on this day, October 5, 2020, to the registered participants as identified on the Notice of Electronic Filing (NEF). At this time, I am not aware of any non-registered participants to whom paper copies must be sent.

                                                                 */s/ Adam J. Bookbinder*
                                                                 Adam J. Bookbinder