UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  20-CR-10098 (WGY) |
| | ) |
| STEPHANIE POPP, | ) |
| STEPHANIE STOCKWELL, and | ) |
| VERONICA ZEA, | ) |
| | ) |
| Defendants | ) |

## ASSENTED TO MOTION CONTINUE SENTENCING DATE

The United States of America respectfully moves the Court to continue the sentencing date for defendants Stephanie Popp and Veronica Zea from July 13, 2022, and for defendant Stephanie Stockwell from September 8, 2022 to a date convenient to the Court on or after October 10, 2022 as to all three defendants. As grounds for the motion, the government states as follows:

1. Defendants Popp, Zea, and Stockwell were charged by Information, and each pleaded guilty to the charges in that document on one of two dates in October 2020.

2. Each of the three defendants has entered into an agreement to cooperate with the government's investigation and prosecution of others in exchange for the possibility of a sentencing recommendation under U.S.S.G. § 5K1.1.

3. Two of the defendants' coconspirators, Jim Baugh and David Harville, recently pleaded to related charges in an indictment. See *United States v. Baugh & Harville*, 20-CR-10263 (PBS). The Honorable Patti B. Saris set sentencings for defendants Baugh and Harville on September 29, 2022 and October 6, 2022, respectively.

4. The government respectfully submits that the three defendants in this matter should be sentenced after defendants Baugh and Harville—two of the subjects of their cooperation. With

the proposed delay, the government would have the opportunity, if needed, to call the defendants as witnesses at the Baugh and Harville sentencings; to express the extent and nature of each defendant's cooperation to the Court; and to advise the Court of the sentences that Judge Saris will have by then imposed on defendants Baugh and Harville.

5. Additionally, the requested continuances will reduce the overall number of sentencing hearings, as defendant Stockwell's sentencing—delayed to accommodate counsel's schedule—could be reunited with those of her co-defendants.

6. The government accordingly requests that the Court continue defendants Popp, Zea, and Stockwell's sentencing dates from the dates described above to a date on or after October 10, 2022.

7. Counsel for each of the three defendants has consented to the continuance on behalf of their respective clients.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

*/s/Seth B. Kosto*
SETH B. KOSTO
Assistant U.S. Attorney

May 31, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/Seth B. Kosto*
SETH B. KOSTO
Assistant U.S. Attorney

Dated: May 31, 2022